FILED
FEB 10 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN ALBERTO ALBINO,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE BACA, et al.,<br><br>    Defendants. | Case No. CV 08-3790-GAF (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, and all of the records and files herein, and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the County of Los Angeles be DISMISSED as a Defendant in this action. It is further ORDERED that the request for the recovery of punitive damages against Sheriff Lee Baca, in his official capacity, be STRICKEN.

Dated: February 10, 2009

_____
Gary A. Feess
United States District Judge