JS - 6/ENTER

FILED
MAR 10 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JUAN ROBERTO ALBINO,                )   Case No. CV 08-3790-GAF (MLG)
                                    )
          Plaintiff,                )   JUDGMENT
                                    )
     v.                             )
                                    )
LEE BACA, et al.,                   )
                                    )
          Defendant                 )
_____)

   IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: March 9, 2010

_____
Gary A. Feess
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 10 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY