FILED
JAN 14 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JUAN ROBERTO ALBINO, ) Case No. CV 08-03790-GAF (MLG)
      Plaintiff, )
      v. ) ORDER ACCEPTING AND ADOPTING
) FINDINGS AND RECOMMENDATIONS OF
LEE BACA, et al., ) UNITED STATES MAGISTRATE JUDGE
) AND GRANTING PLAINTIFF'S MOTION
      Defendants. ) FOR AN EXTENSION OF TIME TO FILE
) APPEAL

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that Plaintiff's motion for an extension of time to file an appeal be GRANTED. Plaintiff shall have 14 days from this date in which to file a timely notice of appeal, in accordance with Fed. R. App. Proc. 4(a)(5)(C).

Dated:   1/14/11

Gary A. Feess
United States District Judge