**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROBERTO ALBINO, | CV 08-3790 PA (JCGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SHERIFF LEE BACA, et al. | |
| Defendants. | |

Pursuant to the Court's Minute Order of June 17, 2016 granting the Motion for Summary Judgment filed by defendants Deputy M. Espinosa ("Espinosa") and Deputy H. Jaquez ("Jaquez"), the Order of January 19, 2016 granting plaintiff Juan Roberto Albino's ("Plaintiff") oral motion to dismiss defendant Nurse Sazon ("Sazon"), the Minute Order of September 10, 2015 granting the Motion for Summary Judgment filed by defendant Sheriff Leroy Baca ("Baca"), and the Court's Minute Order of September 10, 2015 striking claims against defendants Baca and the County of Los Angeles (the "County"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Espinosa, Jaquez, Sazon, Baca, and the County shall have judgment in their favor against Plaintiff on Plaintiff's claims under 42 U.S.C. § 1983.

. . . .

. . . .

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall
2 take nothing and that Defendants shall have their costs of suit.
3       IT IS SO ORDERED.
4   DATED: July 2, 2016                          _____
5                                                      Percy Anderson
                                      UNITED STATES DISTRICT JUDGE